**Seville Phillips, Plaintiff-Appellee, v. Bracy Food Stores, Inc., a Foreign Corporation, Defendant-Appellant.**

Gen. No. 68–33.

Fifth District.
November 22, 1968.

Lewis & Lewis, of Benton (Loren E. Lewis, of counsel), for appellant; Elmer Jenkins, of Benton, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.